1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant,
CURTIS HALE
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  )   CASE NO: 6:09-mj-00256-YNP
                             )
12        Plaintiff,          )
                             )   STIPULATION TO VACATE TRIAL
13                            )   DATE AND SCHEDULE PLEA &
                             )   SENTENCING FOR MARCH 16, 2010;
14 vs                         )    ORDER
                             )
15 CURTIS HALE,               )
                             )
16        Defendant.          )
                             )
17 _____)

18        IT IS HEREBY STIPULATED by and between the Defendant, CURTIS HALE, his

19 Attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park

20 Service, SUSAN ST. VINCENT, that the date for the Bench Trial in the above-captioned matter

21 set for March 30, 2010, at 10:00 a.m., be vacated, and the matter be set for plea and sentencing

22 on March 16, 2010, at 10:00 a.m.

23 Dated: February 26, 2010                    By:  /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
24                                                 Attorney for Defendant
                                                   CURTIS HALE
25

26 Dated: February 26, 2010                    By:  /s/ Susan St. Vincent
                                                   SUSAN ST. VINCENT
27                                                 Acting Legal Officer for the
                                                   National Park Service
28

* * *ORDER * * *

The Court, having reviewed the above request to vacate the trial date set for March 30, 2010, and to schedule plea and sentencing for March 16, 2010, HEREBY ORDERS AS FOLLOWS:

1. The trial date set for March 30, 2010, is vacated. Plea and sentencing is set for March 16, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   March 1, 2010                    /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE